

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2017

BY CM/ECF

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States* v. *Gary Tanner & Andrew Davenport*, No. 17 Cr. 00061 (LAP)

Dear Judge Preska:

An indictment was returned in the above-captioned case on January 26, 2017.  Your Honor subsequently scheduled an arraignment and initial appearance on February 20, 2017, with the delay meant to accommodate the schedules of defense counsel.  The Government respectfully requests that your Honor exclude time for purposes of the Speedy Trial Act between the date of this letter and February 20, 2017.  This exclusion will serve the interests of justice by facilitating the presence of counsel of choice and by enabling the Government to begin preparing discovery. Counsel for each of the defendants consents.

Very truly yours,

PREET BHARARA
United States Attorney

by: /s/ Robert Allen
    Robert Allen
    Assistant United States Attorney
    (212) 637-2216

CC: Counsel of Record (by CM/ECF)