

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2017

**BY ECF**

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Gary Tanner and Andrew Davenport,**
             **S1 17 Cr. 61 (LAP)**

Dear Judge Preska:

      The Government respectfully writes to propose a schedule for the Government's response to the defendants' October 6, 2017 letter brief in further support of their motion to dismiss the Indictment. In light of the trial schedule of members of the trial team and the Thanksgiving holiday, the Government proposes that its responsive brief be filed no later than Friday, December 8, 2017. Defense counsel consents to this proposal.

                              Respectfully submitted,

                              JOON H. KIM
                              Acting United States Attorney

               by:              /s/
                      Robert Allen/Richard Cooper/Amanda Kramer
                      Assistant United States Attorneys
                      (212) 637-2216/1037/2478

cc: Counsel of Record (by ECF)