WILMERHALE

**Brendan R. McGuire**

+1 212 295 6278 (t)
+1 212 230 8888 (f)
brendan.mcguire@wilmerhale.com

November 28, 2018

**VIA E-MAIL**

The Honorable Loretta A. Preska
United States District Judge
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 11-29-18

Re:   *United States v. Tanner, et al.*, No. 17-cr-61 (LAP)

Dear Judge Preska:

On October 30, 2018, the Court directed Mr. Tanner to surrender to the Bureau of Prisons on January 31, 2019 to begin serving his sentence. We write to advise the Court that Mr. Tanner plans to surrender earlier than the Court has directed. Mr. Tanner would like to surrender to his designated facility on January 2, 2019. Accordingly, we ask that the Court forward this request to the appropriate recipients to ensure the Bureau of Prisons notifies Mr. Tanner of his designated facility in sufficient time to permit him to surrender on January 2, 2019.

*So ordered*
*Loretta A. Preska*
*11/29/18*

Respectfully submitted,

/s/ Brendan R. McGuire
Brendan R. McGuire

cc:   Amanda Kramer
      Richard Cooper

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington