Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

SOUTHERN District of NEW YORK

Caption:
UNITED STATES OF AMERICA
v.
ANDREW DAVENPORT

Docket No.: 17 Cr. 061 (LAP)
Hon. Loretta A. Preska
(District Court Judge)

Notice is hereby given that **Andrew Davenport** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify) entered in this action on **November 27, 2018** (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]
Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]
Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]
Date of sentence: **October 30, 2018**   N/A [ ]
Bail/Jail Disposition: Committed [ ]   Not committed [ ]   N/A [ ]

Mr. Davenport to voluntarily surrender on January 31, 2019.

Appellant is represented by counsel? Yes [✓]   No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Alexandra A.E. Shapiro |
| Counsel's Address: | Shapiro Arato LLP |
| | 500 Fifth Avenue, Floor 40, New York, New York 10110 |
| Counsel's Phone: | (212) 257-4881 |
| Assistant U.S. Attorney: | Richard A. Cooper / Amanda K. Kramer |
| AUSA's Address: | U.S. Attorney's Office, SDNY |
| | One St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | (212) 637-1027 / (212) 637-2478 |

_____
Signature

```
Court Name: District Court
Division: 1
Receipt Number: 465401223687
Cashier ID: Ccortes
Transaction Date: 11/30/2018
Payer Name: KEATING AND WALKER

NOTICE OF APPEAL/DOCKETING FEE
 For: ANDREW DAVENPORT
 Amount:         $505.00
----------------------------------
CHECK
 Check/Money Order Num: 8737
 Amt Tendered:   $505.00
----------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

17CR061 LAP
```